UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MERRILL LYNCH PIERCE FENNER &
SMITH, INCORPORATED,

    Plaintiff,

v.                                                    Case No:  2:14-cv-272-FtM-38CM

HOWARD L. ISAACSON,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #14), filed on January 5, 2015, recommending (1) Plaintiff Merrill Lynch Pierce Fenner & Smith, Inc.'s Petition to Confirm Arbitration Award (Doc. #1), filed on May 19, 2014, be granted and (2) that the Clerk be directed to enter judgment in accordance with the arbitration award. No objections have been timely filed to the Report and Recommendation. This matter is now ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636 (b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,*

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636 (b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. So. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

1. Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #14) is **ACCEPTED and ADOPTED** and the findings incorporated herein.
2. The Petition to Confirm Arbitration Award (Doc. #1) is **GRANTED**.
3. The Court hereby confirms the arbitration award.
4. The Clerk is directed to enter judgment in favor of Plaintiff Merrill Lynch Pierce Fenner & Smith, Inc. and in accordance with the arbitration award.
5. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of January, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record